IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: ) Chapter 13
) Case Number 24-10247
**LAPHALLEN LAMON IVEY** )
)
Debtor(s) )

## TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of §1325(a)(4) will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____ % of the total allowed unsecured claims.

Debtor(s)' plan is amended to

[✓] raise payments/extend plan as follows: $3,528/month

[ ] change valuation(s) as follows: _____

[ ] allow/modify/disallow claims as follows: _____

[ ] other: _____

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 12th day of July, 20 24.

Prepared by:

/s/Matthew James Duncan
Attorney for Debtor(s) Signature

Matthew James Duncan | GBN: 143397
Attorney Name and Bar Number

Consented to:

/s/ (signature)
Debtor

_____
Co-Debtor

Presented by:
Huon Le - Chapter 13 Trustee

By: (signature)
Staff Attorney
Frederick Carpenter, GA Bar Number 341438
Joseph E. Mitchell, III, GA Bar Number 513205

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org

_____
Creditor's Attorney Signature, Bar Number, & Creditor name

_____
Creditor's Attorney Signature, Bar Number, & Creditor name

_____
Creditor's Attorney Signature, Bar Number, & Creditor name